JAY CLAYTON
United States Attorney for the
Southern District of New York
By: JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2695
Email: jeffrey.oestericher@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AFISSETOU ABOULAYE, <br><br> Defendant. | No. 26 Civ. 1035 <br><br> **COMPLAINT** |

Plaintiff the United States of America ("United States"), by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, alleges upon information and belief for its complaint against defendant Affisetou Aboulaye ("Defendant") as follows:

## INTRODUCTION

1.      The United States files this action pursuant to Section 274D(a) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1324d(a), to obtain a judgment in the amount of the civil penalty imposed upon the Defendant for willfully failing or refusing to depart the United States pursuant to a final order of removal.

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction over this action by virtue of 28 U.S.C. § 1345, as this is an action to collect a civil monetary penalty owed pursuant to 8 U.S.C. § 1324d(a).

3.      Venue is proper in this district under 28 U.S.C. § 1391(b)(1) because Defendant's last reported address is in Bronx, New York, which is within this judicial district.

## PARTIES

4.      Plaintiff is the United States of America, acting on behalf of the United States Department of Homeland Security ("DHS"), including its component agency, U.S. Immigration and Customs Enforcement ("ICE").

5.      Defendant is an individual indebted to the United States for a civil penalty assessed for willfully failing or refusing to depart from the United States pursuant to a final order of removal.  The total principal amount of the civil penalty is $1,368,258, as of January 5, 2026, plus applicable interest.

## LEGAL BASIS FOR THE PENALTY

6.      The civil penalty arises under Section 274D(a) of the INA, codified at 8 U.S.C. § 1324d(a), and enforced under 8 C.F.R. Part 280.  Section 1324d(a) provides that an alien subject to a final order of removal who willfully fails or refuses to depart the United States shall pay a civil penalty.

7.      Pursuant to 8 C.F.R. § 280.53(b)(14), the penalty in this instance is set at $998 per day for each day of violation.

## FACTUAL ALLEGATIONS

8.      Defendant is a native and citizen of Togo who resides unlawfully in the United States and is subject to removal.

9.      On March 8, 2019, Immigration Judge ("IJ") Aviva L. Poczter ordered that Defendant be removed from the United States based on the charge of removability contained in the Notice to Appear.  IJ Poczter also denied Defendant's applications for asylum, withholding of

removal pursuant to INA § 241(b)(3), and withholding pursuant to the Convention Against Torture.

10. Defendant appealed IJ Poczter's decision to the Board of Immigration Appeals ("BIA"). By decision dated July 21, 2021, the BIA dismissed Defendant's appeal.

11. On April 22, 2025, ICE issued a Notice of Intention to Fine ("NIF") to Defendant pursuant to 8 U.S.C. § 1324d(a) and Title 8 C.F.R. Part 280. The NIF informed Defendant that on July 21, 2021, an order of removal for which she is subject became final and that because of, *inter alia*, her willful failure or refusal to depart from the United States pursuant to the final order of removal, ICE intended to impose a civil penalty against her in the amount of $1,368,258. The NIF contained a Notice of Rights which explained Defendant's right to contest the NIF.

12. ICE mailed the NIF to Defendant's last known address on or around May 6, 2025.

13. A Final Order imposing the civil penalty against Defendant in the amount of $1,368,258 was issued on or about June 26, 2025.

14. An invoice demanding payment was issued on July 1, 2025, and hand-delivered to Defendant at her apartment in Bronx, New York, on July 26, 2025. A past due notice was issued on July 14, 2025. ICE also mailed an invoice demanding payment to Defendant's apartment in Bronx, New York, on July 28, 2025.

15. No payment has been made, and on information and belief, Defendant has not departed the United States.

16. Defendant has violated Section 274D(a) of the INA, 8 U.S.C. § 1324d(a), and is liable for a civil penalty recoverable in this action.

3

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff United States of America respectfully requests that the Court:

(1) Enter judgment against Defendant for a civil monetary penalty in the amount of $1,368,258, plus interest and penalties accrued to the date of judgment as well as post-judgment interest;

(2) Award the United States its costs in this action; and

(3) Grant such other and further relief as the Court deems just and appropriate.

Dated: February 6, 2026
New York, New York

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     _/s Jeffrey Oestericher_____
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2695
Email: jeffrey.oestericher@usdoj.gov