

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 9, 2026

**Via ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    *United States of America. v. Afissetou Aboulaye*, 26 Civ. 1035 (AT)

Dear Judge Torres:

      This Office represents plaintiff/counterclaim defendant the United States of America and the third-party defendants (the "Government") in this action. Defendant/counterclaim plaintiff Afissetou Aboulaye ("Counterclaim Plaintiff") has sued the Government under the Administrative Procedure Act ("APA") challenging the civil penalty imposed upon her for allegedly willfully failing or refusing to depart the Unites States pursuant to a final order of removal. I write respectfully to request a 2-week extension of time for the Government to respond to the Counterclaims/Third-Party Complaint, from July 17, 2026, to July 31, 2026.[1] The reason for this request is that I need additional time to discuss the matter with the agency defendants and to prepare the Government's response. Counterclaim Plaintiff consents to this request. This is the Government's first request for an extension of time to respond to the Counterclaims/Third-Party Complaint.

      I thank the Court for its consideration of this request.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

          By:    */s/ Brian E. Hilburn*
                    Brian E. Hilburn
                    Assistant United States Attorney

---

[1] Third-party defendants Todd Lyons, Markwayne Mullin, U.S. Department of Homeland Security, and Immigration and Customs Enforcement were served with the Complaint on May 15, 2026, while plaintiff/counterclaim defendant United States of America was served on May 18, 2026, making their respective response deadlines July 14, and July 17, 2026. In order to align the response times and conserve party and judicial resources, the Government proposes extending the response deadline for all Government parties to the same date, July 31, 2026.

Page 2

86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2614
E-mail: brian.hilburn@usdoj.gov
*Attorney for the Government*

cc: Counterclaim Plaintiff's counsel (via ECF)